# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 18 MM 2021

Respondent

v.

DAVID HAYWOOD,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of April, 2021, in consideration of Petitioner's "Motion for Withdrawal of Counsel" and counsel's "Application to Withdraw as Counsel," this matter is REMANDED to the Court of Common Pleas of Monroe County for it to determine whether Attorney Eric C. Closs should be granted leave to withdraw. If Attorney Closs is permitted to withdraw, the Court of Common Pleas of Monroe County is ORDERED to determine whether David Haywood should be permitted to proceed *pro se.*

    The Court of Common Pleas of Monroe County is ORDERED to enter its order regarding this remand within 90 days and to notify this Court promptly of its determination.